# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00128-CR

**Ruben Ortiz Haro, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 119TH DISTRICT COURT OF TOM GREEN COUNTY
### NO. B-17-1174-SB, THE HONORABLE BEN WOODWARD, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

PER CURIAM

Appellant's brief was originally due on April 10, 2020. After this Court granted multiple motions requesting an extension of time to file his brief, the Court ordered counsel to file appellant's brief no later than August 31, 2020. In granting the most recent extension, this Court advised counsel that no further extensions would be granted and that a failure to file appellant's brief would result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure. After the Court issued its order, appellant's counsel filed a subsequent motion seeking a further extension to September 5, 2020. To date, the brief has not been tendered for filing.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether

counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than October 30, 2020. *See id.* R. 38.8(b)(3).

It is so ordered September 30, 2020.


Before Chief Justice Rose, Justices Baker and Kelly

Abated and Remanded

Filed:   September 30, 2020

Do Not Publish